IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARKUS SMITH,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:20cv122-MHT
                               )            (WO)
WALTER MYERS, Warden,          )
et al.,                        )
                               )
    Defendants.                )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 74) is adopted to the extent set forth in the opinion.

(2) Defendants' motion for summary judgment (Doc. 23) is granted as to plaintiff's federal claims for the reasons stated in the opinion.

(3) The court declines to exercise supplemental jurisdiction over plaintiff's state-law claims, and

they are dismissed without prejudice so that plaintiff can pursue them in state court if he wishes.

(3) Judgment is entered in favor of defendants and against plaintiff on plaintiff's federal claims, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of December, 2022.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE
